UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

OSCAR YCAZA

v.

CT TRANSIT-STAMFORD DIVISION

# JUDGMENT

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on October 23, 2003, entered a Ruling on Motion for Summary Judgment granting the defendant's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 3rd day of October, 2003.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket_____

Entered on Docket _____